# United States District Court

## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR VILLANTES GEORGE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-2935-S-BW |
| | § | |
| KRISTI NOEM, Secretary, U.S. | § | |
| Department of Homeland Security, et al. | § | |

## ORDER

On October 29, 2025, Petitioner Oscar Villantes George filed the Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1] and Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction ("Emergency Motion") [ECF No. 2]. Petitioner alleges generally that his continued detention is unlawful and requests, among other things, that the Court forbid Respondents Kristi Noem, U.S. Department of Homeland Security, Todd Lyons, Pamela Bondi, and Josh Johnson from continuing to detain Petitioner and forbid Respondents from removing Plaintiff from this Court's jurisdiction without notice.

Accordingly, it is **ORDERED** that Respondents, or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents, **shall not** take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, to remove Petitioner from the Northern District of Texas, or to circumvent the provisions of this Order until the Court rules on the pending Emergency Motion and the underlying Petition.

Counsel for Petitioner is **DIRECTED** to notify the United States Attorney for the Northern District of Texas of this Order. Further, Petitioner shall file a notice on the docket of this case explaining how he complied with providing notice.

**SO ORDERED.**

SIGNED October 30, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**