IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR VILLANTES GEORGE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:25-cv-2935-S-BW |
| | § | |
| KRISTI NOEM, SECRETARY, | § | |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, ET. AL., | § | |
| | § | |
| Respondents. | § | |

## ORDER REQUIRING SERVICE AND SETTING BRIEFING SCHEDULE

Petitioner Oscar Villantes George, currently held in the custody of U.S. Immigration and Customs Enforcement ("ICE"), at the Dallas ICE-ERO Field Office, located in this district, has filed an Emergency Petition for a Writ of Habeas Corpus (Dkt. No. 1) and an Emergency Motion for Temporary Restraining Order ("TRO") and/or Preliminary Injunction (Dkt. No. 2).

United States District Judge Karen Gren Scholer referred this action to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference. (Dkt. No. 4.) On October 30, 2025, Judge Scholer issued an order stating that:

> Respondents, or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents, shall not take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, to remove Petitioner from the Northern District of Texas, or to circumvent the provisions of this Order until the Court rules on the pending Emergency Motion and the underlying Petition.

(Dkt. No. 5.)  The order also directed Villantes George to notify the office of the United States Attorney for the Northern District of Texas of the order and to file a notice explaining how he complied with providing notice.  (*See id.*)

Villantes George is a citizen of Mexico who entered the United States without inspection more than a decade ago.  (Dkt. No. 1.)  On June 6, 2023, Villantes George was placed in removal proceedings when ICE issued him a Notice to Appear ("NTA") charging him as removable under 8 U.S.C. § 1182(a)(6)(A)(i), based on being present in the country after entering without inspection("EWI").  (*See* Dkt. No. 1 at ¶ 20.)  After being processed and issued the NTA in June 2023, ICE released him on his own recognizance, with a removal hearing scheduled for November 17, 2027.  (*Id.*)  Villantes George was arrested at the ICE-ERO Dallas Field Office on October 28, 2025, when he reported as directed by ICE.  (*Id.*)  No bond was set.  (*Id.*)  Villantes George alleges generally that his continued detention is unlawful and requests, among other things, that the Court forbid Respondents from continuing to detain Petitioner and forbid Respondents from removing Villantes George from this Court's jurisdiction without notice.  (*See* Dkt. Nos. 1, 2.)

Upon review of the relevant pleadings, the undersigned determines that the Court would benefit from an expedited response to allow the government (1) to explain the basis for Villantes George's detention and (2) to address Villantes George's claims.  The Court therefore requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and the motion for

temporary restraining order, on the United States Attorney for the Northern District of Texas. That office must file, by **November 24, 2025**, an answer, motion, or other response to the petition (the "Response"), as well as a response to the motion for temporary restraining order.

Villantes George may submit a reply to the Response within **14 days** from the date of service of the Response. Any reply is limited to the arguments raised in the Response and shall not include any new allegations of fact or new grounds for relief.

**SO ORDERED** on October 31, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE