# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| OSCAR VILLANTES GEORGE § <br> § <br> v.  § <br> § <br> KRISTI NOEM, Secretary, U.S. § <br> Department of Homeland Security, et al. § | CIVIL ACTION NO. 3:25-cv-02935-S-BW |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **GRANTS** in part Petitioner's habeas petitions [ECF Nos. 1, 9] and **DENIES** the Motions for Temporary Restraining Orders [ECF Nos. 2, 11].

**SO ORDERED.**

SIGNED January 5, 2026.

_____
UNITED STATES DISTRICT JUDGE