# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR VILLANTES GEORGE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-02935-S-BW |
| | § | |
| KRISTI NOEM, Secretary, U.S. | § | |
| Department of Homeland Security, et al. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Petitioner Oscar Villantes George's Petitions for a Writ of Habeas Corpus [ECF Nos. 1, 9] are **GRANTED** in part. Respondents are **ORDERED** to provide Petitioner a bond hearing before an immigration judge no later than two weeks from the date of this Judgment. Petitioner's Motions for Temporary Restraining Order [ECF Nos. 2, 11] are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED January 5, 2026.

_____
UNITED STATES DISTRICT JUDGE